**NOT FOR PUBLICATION IN WEST'S HAWAI'I REPORTS AND PACIFIC REPORTER**

**Electronically Filed
Intermediate Court of Appeals
CAAP-25-0000022
16-MAY-2025
08:13 AM
Dkt. 19 ODSD**

NO. CAAP-25-0000022

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

JASON FLETCHER, Plaintiff-Appellant, v.
HAWAII PAROLING AUTHORITY; MR. EDMUND "FRED" HYUN;
CLAYTON H.W. HEE; MILTON H. KOTSUKO; KEVIN S. REGO;
CAROL K. MATAYOSHI; COREY REINCKE; MAX OTANI;
OTHER UNKNOWN PUB SAFETY RICO VIOLATORS (et al.),
Defendants-Appellees

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(CIVIL NO. 1CCV-24-0001618)

ORDER DISMISSING APPEAL
(By: Leonard, Acting Chief Judge, Hiraoka and McCullen, JJ.)

Upon review of the record, it appears that:

(1) On January 10, 2025, Plaintiff-Appellant Jason Fletcher (**Fletcher**) filed the notice of appeal, self-represented;

(2) The statement of jurisdiction and opening brief were due on or before March 17, 2025, and April 15, 2025, respectively;

(3) Fletcher failed to file either document, or request an extension of time;

(4) On April 24, 2025, the appellate clerk entered a default notice informing Fletcher that the time for filing the statement of jurisdiction and opening brief had expired, the matter would be called to the court's attention on May 5, 2025, for appropriate action, which could include dismissal of the appeal, under Hawai'i Rules of Appellate Procedure Rules 12.1(e) and 30, and Fletcher could request relief from default by motion; and

(5) Fletcher has not taken any further action in this appeal.

Therefore, IT IS HEREBY ORDERED that the appeal is dismissed.

IT IS FURTHER ORDERED that all pending motions are dismissed.

DATED:  Honolulu, Hawaiʻi, May 16, 2025.

/s/ Katherine G. Leonard
Acting Chief Judge

/s/ Keith K. Hiraoka
Associate Judge

/s/ Sonja M.P. McCullen
Associate Judge